

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

May 29, 2008

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

Writer's Direct Dial
(212) 416-8888
hilary.kastleman@oag.state.ny.us

**Filed via ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl St., Room 1040
New York, NY 10007

Re:   McKee v. New York State Division of Lottery,
      No. 08 Civ. 4251 (DLC/KNF) (S.D.N.Y.)

Your Honor:

    This Office represents defendant New York State Division of Lottery ("Defendant") in the above-referenced action. I am writing to notify the Court that counsel for plaintiff has consented to extend Defendant's time to answer, move, or otherwise respond to the class action complaint in this matter until at least June 11, 2008, and to request that the Court "so order" that such extension is granted. The original due date for Defendant's response was on or about May 27, 2008, assuming service was proper. This is Defendant's first request for an extension of time to respond to the complaint. Although plaintiff's counsel previously consented to this request (see e-mail from Craig Stuart Lanza, dated May 14, 2008), I was unable to reach him in order to submit a signed stipulation herewith. This extension is necessary so that the parties can negotiate issues relating to the proper forum for this proceeding.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ Hilary R. Kastleman
Hilary R. Kastleman (HRK-3607)
Assistant Attorney General
State of New York

cc:   Craig Stuart Lanza, Esq. (by email)

| | |
|---|---|
| From: | Craig Stuart Lanza <clanza@balestriere.net> |
| To: | <hilary.kastleman@oag.state.ny.us> |
| Date: | 5/14/2008 5:10 PM |
| Subject: | Extension |

Hilary:

This is to confirm our discussion that we are willing to extend the time for Defendant to respond in McKee v. NY State Lotto until at least June 11. In addition, you indicated that you will get back to me by this upcoming Monday on the jurisdictional issues we discussed.

Thanks,

Craig

--
Craig Stuart Lanza
BALESTRIERE LANZA PLLC
225 Broadway, Suite 2900
New York, NY  10007
Direct 212-374-5404
Mobile 917-573-4273
Facsimile 212-208-2613
clanza@balestriere.net
www.balestriere.net

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication. Thank you.