```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

M. McKEE, individually and for all others similarly situated,

                Plaintiff,

- against -

NEW YORK STATE DIVISION OF LOTTERY and DOES 1-100, inclusive,

                Defendants.

------------------------------------------------------------x

No. 08-CV-4251 (DLC)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1. The time for defendant New York State Division of Lottery to answer, move, or otherwise respond to the class action complaint is hereby extended to and including July 11, 2008.

2. This stipulation may be executed in counterparts.

3. A facsimile signature shall be deemed an original.

Dated: New York, New York
June 10, 2008

BALESTRIERE LANZA PLLC
<u>Attorneys for Plaintiff and the Class</u>

By: _____
Craig Stuart Lanza, Esq.
225 Broadway, Suite 2900
New York, NY 10007
(212) 374-5400

Dated: New York, New York
June 10, 2008

ANDREW M. CUOMO
Attorney General of the State of New York
<u>Attorney for Defendant New York State Division of Lottery</u>

By: _____
Hilary R. Kastleman, Esq.
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8888

Granted.
/s/ Denise Cote
June 11, 2008